IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY BLACK,           )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>     v.                           )<br>                                  )<br>CASANDRA CONWAY, Director        )<br>Classification A.D.O.C.,         )<br>et al.,                           )<br>                                  )<br>     Defendants.                 )  | CIVIL ACTION NO.<br>2:15cv785-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the defendant prison officials' denial of his request for a transfer to a lower-security setting, which decision he asserts was based on a 1972 criminal charge for which he was never convicted.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failures to comply with the order of the court and to prosecute this action.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of January, 2016.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE